| AO 10<br>Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2005** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>BOWEN, DUDLEY H | 2. Court or Organization<br><br>SOUTHERN DISTRICT OF GEORGIA | 3. Date of Report<br><br>06/21/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>US DISTRICT COURT JUDGE ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>UNITED STATES COURTHOUSE<br>P O BOX 2106<br>AUGUSTA, GEORGIA 30903 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2005 AUG 16 A 11: 18 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H | 06/21/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | SHARA OVERSTREET INTERIORS |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ]  NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. LAW SCHOOL, GEORGE MASON UNIV, LAW AND ECONOMICS CENTER | FOOD AND LODGING FOR EDUCATIONAL SEMINAR : FOOD $545 LODGING $590 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H | 06/21/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. CHARLES SCHWAB | MARGIN DEBT | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H | 06/21/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CHARLES SCHWAB IRA #1 | | | | | | | | | |
| 2. LUCENT TECHNOLOGY | A | Dividend | J | T | BUY | 1/25 | J | | |
| 3. NOKIA ADR F | A | Dividend | | | SELL | 2/9 | K | B | |
| 4. CIENA CORP | A | Dividend | | | SELL | 1/5 | J | A | |
| 5. ABN AMRO/VERDUS AGGR GWTH (ALLEGHANY) | A | Dividend | | | SELL | 2/7 | L | D | |
| 6. INGERALL RAND CLA F | A | Dividend | | | SELL | 2/14 | J | A | |
| 7. GENERAL ELEC COM STK | A | Dividend | L | T | | | | | |
| 8. GENERAL ELEC COM STK | F | Dividend | L | T | BUY | 6/24 | L | | |
| 9. GENERAL ELEC COM STK | A | Dividend | | | SELL | 3/21 | L | C | |
| 10. GENERAL ELEC COM STK | A | Dividend | | | SELL | 12/28 | K | B | |
| 11. 3 COM CORP COM STK | A | Dividend | J | T | | | | | |
| 12. JANUS 2 COM STK | A | Dividend | | | SELL | 5/31 | J | A | |
| 13. WACHOVIA CORP NEW COM STK | A | Dividend | | | SELL | 2/14 | J | A | |
| 14. ABN AMRO /TAMRO SM CAP COM STK (ALLEGHANY) | A | Dividend | | | SELL | 6/17 | K | B | |
| 15. CISCO SYSTEMS COM STK | G | Dividend | M | T | BUY | 8/16 | M | | |
| 16. ALCOA COM STK | A | Dividend | | | BUY | 8/4 | K | | |
| 17. ALCOA COM STK | A | Dividend | | | SELL | 8/9 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H | 06/21/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. EXXON COM STK | A | Dividend | | | BUY | 5/10 | K | | |
| 19. EXXON COM STK | A | Dividend | | | BUY | 6/29 | M | | |
| 20. EXXON COM STK | A | Dividend | | | SELL | 6/17 | K | C | |
| 21. EXXON COM STK | A | Dividend | | | SELL | 8/9 | M | D | |
| 22. AIR TRAN COM | A | Dividend | | | BUY | 7/6 | K | | |
| 23. AIR TRAN COM | A | Dividend | | | SELL | 7/19 | K | B | |
| 24. SWIFT TRANSP COM STK | A | Dividend | | | BUY | 3/21 | J | | |
| 25. SWIFT TRANSP COM | A | Dividend | | | SELL | 6/21 | J | A | |
| 26. RMK ADV INC FUND | A | Dividend | | | BUY | 2/18 | L | | |
| 27. RMK ADV INC FUND | A | Dividend | | | SELL | 5/27 | L | B | |
| 28. EASTMAN CHEMICAL | A | Dividend | | | BUY | 3/24 | J | | |
| 29. EASTMAN CHEMICAL | A | Dividend | | | SELL | 6/1 | J | A | |
| 30. CLEVELAND CLIFFS (CLF) | A | Dividend | | | BUY | 3/21 | J | | |
| 31. CLEVELAND CLIFFS (CLF) | A | Dividend | | | SELL | 6/13 | J | A | |
| 32. XTO ENERGY (XTO) | A | Dividend | | | BUY | 3/21 | J | | |
| 33. XTO ENERGY (XTO) | A | Dividend | | | SELL | 6/13 | J | A | |
| 34. OSHKOSH TRUCK | A | Dividend | | | BUY | 3/24 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H | 06/21/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. OSHKOSH TRUCK | A | Dividend | | | SELL | 5/27 | J | A | |
| 36. TORO COM STK | A | Dividend | | | BUY | 3/24 | J | | |
| 37. TORO COM STK | A | Dividend | | | SELL | 5/8 | J | B | |
| 38. ABERCROMBIE & FITCH | A | Dividend | | | BUY | 3/16 | J | | |
| 39. ABERCROMBIE & FITCH | A | Dividend | | | SELL | 5/4 | J | A | |
| 40. AUTOZONE | A | Dividend | | | BUY | 3/16 | J | | |
| 41. AUTOZONE | A | Dividend | | | SELL | 5/4 | J | A | |
| 42. HOVNANIAN ENTERP A (HOV) | A | Dividend | | | BUY | 3/21 | J | | |
| 43. HOVNANIAN ENTERP A (HOV) | A | Dividend | | | SELL | 5/4 | J | A | |
| 44. CHICOS | A | Dividend | | | BUY | 3/24 | J | | |
| 45. CHICOS | A | Dividend | | | SELL | 5/4 | J | A | |
| 46. LOWES | A | Dividend | | | BUY | 3/21 | J | | |
| 47. LOWES | A | Dividend | | | SELL | 5/19 | J | A | |
| 48. AMERITRADE ACCOUNT | | | | | | | | | |
| 49. WAHLCO ENVIRO SYSTEMS COM STK | A | Dividend | J | T | | | | | |
| 50. AMERITRADE CASH ACCOUNT | E | Interest | J | T | | | | | |
| 51. CISCO SYSTEMS, INC. COM STK | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H | 06/21/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. EXTREME NETWORKS INC COM STK | A | Dividend | | | | | | | |
| 53. EXTREME NETWORKS INC COM STK | A | Dividend | K | T | SELL | 1/25 | K | A | |
| 54. MICROSOFT | A | Dividend | K | T | | | | | |
| 55. LUCENT TECHNOLOGY | A | Dividend | J | T | | | | | |
| 56. LUCENT TECHNOLOGY | A | Dividend | K | T | BUY | 1/25 | K | | |
| 57. CISCO SYSTEMS | A | Dividend | K | T | | | | | |
| 58. CISCO SYSTEMS | A | Dividend | | | SELL | 12/16 | K | A | |
| 59. CISCO WARRANTS | | None | J | T | | | | | |
| 60. AGERE SYSTEMS CL A | A | Dividend | | | | | | | |
| 61. AGERE SYSTEMS CL A | A | Dividend | | | SELL | 11/25 | J | A | |
| 62. AGERE SYSTEMS CL B | A | Dividend | J | T | | | | | |
| 63. AGERE SYSTEMS CL B | A | Dividend | | | SELL | 3/7 | J | A | |
| 64. CHARLES SCHWAB ACCOUNT | | | | | | | | | |
| 65. BUILDERS DESIGNS INC COM STK | A | Dividend | J | T | | | | | |
| 66. AMER ON LINE COM STK | A | Dividend | J | T | | | | | |
| 67. CIT GROUP COM STK | A | Dividend | J | T | | | | | |
| 68. INTEL COM STK | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 -$15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 -$1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H | 06/21/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. COCA COLA CO. COM STK | A | Dividend | | | | | | | |
| 70. COCA COLA CO COM STK | A | Dividend | | | SELL | 6/14 | J | A | |
| 71. ABN AMRO/VERDUS AGG GWTH FUND | A | Dividend | L | T | | | | | |
| 72. EXXON MOBIL COM STK | A | Dividend | K | T | | | | | |
| 73. DUPONT E I DE NEMOUR & CO COM STK | A | Dividend | J | T | | | | | |
| 74. GENERAL ELECTRIC COM STK | A | Dividend | J | T | | | | | |
| 75. WACHOVIA CORP NEW COM STK | A | Dividend | J | T | | | | | |
| 76. AGERE SYSTEMS CL A | A | Dividend | | | | | | | |
| 77. AGERE SYSTEMS CL A | A | Dividend | | | SELL | 3/9 | J | A | |
| 78. EXXON MOBIL CORP | A | Dividend | | | BUY | 7/29 | K | | |
| 79. EXXIB MOBIL CORP | A | Dividend | | | SELL | 8/9 | K | A | |
| 80. CISCO SYSTEMS | A | Dividend | K | T | BUY | 8/11 | K | | |
| 81. AGERE SYSTEMS INC | A | Dividend | | | BUY | 1/1 | J | | |
| 82. AGERE SYSTEMS INC | A | Dividend | | | SELL | 7/22 | J | A | |
| 83. DREYFUS HI YLD STRAT FUND | A | Dividend | | | BUY | 3/8 | K | | |
| 84. DREYFUS HI YLD STRAT FUND | A | Dividend | | | SELL | 7/25 | K | A | |
| 85. OTHER INV/TRUSTS | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000
(See Column C2)    Q =Appraisal    V =Other    S =Assessment    T =Cash Market
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H | 06/21/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. ABN AMRO VERDX MCGFX FUNDS (ALLEGHANY) | B | Dividend | M | T | | | | | |
| 87. E I DUPONT - DRIP | A | Dividend | J | T | | | | | |
| 88. GA BK & TR MONEY MKT ACCOUNT | B | Interest | K | T | | | | | |
| 89. GA BK & TR SVG ACCT. | A | Interest | J | T | | | | | |
| 90. TIAA-CREF MUTUAL FUND | A | Dividend | L | T | | | | | |
| 91. CSRA FED CR UNION | A | Interest | J | T | | | | | |
| 92. TRUST PROMISSORY NOTE | | None | K | T | | | | | |
| 93. REAL PROPERTY, MCCORMICK CNTY, SC | D | Distribution | J | W | | | | | |
| 94. REAL PROPERTY, MCDOWELL CNTY, NC | | None | L | W | | | | | |
| 95. ZUMBOWAU, INC. | A | None | M | T | | | | | |
| 96. REAL PROPERTY, GLYNN CTY, GA | D | Rent | M | T | | | | | |
| 97. REAL PROPERTY, GLYNN CTY, GA | C | Rent | | | SOLD | 10-31 | M | G | |
| 98. BARCLAYS MONEY MKT ACCOUNT | B | Interest | J | T | | | | | |
| 99. ATLANTIC AMER COM STK | | None | J | T | | | | | |
| 100. REGIONS BANK SAVINGS ACCOUNT | A | Interest | J | T | | | | | |
| 101. IJL WACHOVIA IRA #2 | A | Dividend | J | T | | | | | |
| 102. SBN AMRO/VERDUS AGG GWTH FUND (ALLEGHANY) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H | 06/21/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. IDII STOCK | | | | | | | | | |
| 104. JANUS ENTERP FUND | | | | | | | | | |
| 105. WACHOVIA CORP NEW FORMERLY FIRST UNION | | | | | | | | | |
| 106. SCHWAB 1000 FUND | | | | | | | | | |
| 107. T ROWE PRICE SCIENCE AND TECH FUND | | | | | | | | | |
| 108. MOTOROLA | A | Dividend | J | T | | | | | |
| 109. LUCENT | A | Dividend | J | T | | | | | |
| 110. XEROX | A | Dividend | J | T | | | | | |
| 111. GENERAL MOTORS | A | Dividend | J | T | | | | | |
| 112. SCHWAB MONEY MKT ACCOUNT | A | Interest | J | T | | | | | |
| 113. NOVARE CAP MGT ACCOUNT | | | | | | | | | |
| 114. KINDER MORGAN INC (KMI) | A | Dividend | K | T | BUY | 6/14 | K | | |
| 115. PLAINS ALL AMER PIPELINE (PAA) | A | Distribution | K | T | BUY | 5/5 | K | | |
| 116. TEPPCO PTNERS (TPP) | A | Distribution | K | T | BUY | 5/9 | K | | |
| 117. SUNNOCO LOGISTICS (SXL) | A | Distribution | K | T | BUY | 5/12 | K | | |
| 118. SUBURBAN PROPANE (SPH) | A | Distribution | K | T | BUY | 5/8 | K | | |
| 119. MAGELLAN MIDSTREAM PTNERS | A | Distribution | K | T | BUY | 4/13 | K | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000
   (See Column C2)    Q =Appraisal    V =Other    S =Assessment    T =Cash Market
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H | 06/21/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. NORTHERN BORDERS PTNERS (NBP) | A | Distribution | K | T | BUY | 4/13 | K | | |
| 121. FERRELL GAS PTNERS (FGP) | A | Distribution | K | T | BUY | 4/19 | K | | |
| 122. KINDER MORGAN PARTNERS (KMP) | A | Distribution | K | T | BUY | 3/14 | K | | |
| 123. ENBRIDGE ENERGY (EEP) | A | Distribution | K | T | BUY | 3/14 | K | | |
| 124. ENTERPRISE PROD PTNERS (EPD) | A | Distribution | K | T | BUY | 3/28 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H | 06/21/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII. Investments and Trusts

Information related to line 95 in the 2004 report has been deleted. Real property owned by ▮▮▮▮ has been previously reported when in fact it should not have been part of the FDR. There is no entry relative to that property in the 2005 FDR.

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H | 06/21/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

Date_____August 10, 2006_____

NOTE: ANY [                ]LS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMI[          ]

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544